FILED

2020 JAN -6  A II: 31

CLERK, SUSAN Y. SOONG
NO. DIST. US DISTRICT COURT
DIST. OF CA.

| | | |
|---|---|---|
| 1 | Your Name: | Natalia Howell |
| 2 | Address: | 1720 Crater Peak Way, Antioch, CA 94531 |
| 3 | Phone Number: | 747-291-9081 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | |
| 6 | Pro Se Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA.

CV 20 0123

JSC

Natalia Howell

Case Number   *[leave blank]*

Plaintiff,

**COMPLAINT**

vs.

Garden of Eden

STRM LLC

DEMAND FOR JURY TRIAL

Yes [ x ]  No [ ]

Defendant.

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name:   Natalia Howell

Address:   1720 Crater Peak Way, Antioch, CA 94531

Telephone:

COMPLAINT  is

PAGE 1  OF 8  *[JDC TEMPLATE – Rev. 05/2017]*

-2-

1    2.  Defendants.  [*Write each defendant's full name, address, and phone number.*]

2  Defendant 1:

3  Name:        STRM LLC - Garden of Eden

4  Address:      22569 Mission Blvd #323, Hayward, CA 94541

5  Telephone:

6

7  Defendant 2:

8  Name:        Soufyan Abouahmed

9  Address:      22569 Mission Blvd #323, Hayward, CA 94541

10  Telephone:

11

12  Defendant 3:

13  Name:        Shareef Radwan El-Sissi

14  Address:      22569 Mission Blvd #323, Hayward, CA 94541

15  Telephone:

16

17                    **JURISDICTION**

18  [*Usually only two types of cases can be filed in federal court, cases involving "federal questions"
and cases involving "diversity of citizenship." Check at least one box.*]

19    3.  My case belongs in federal court

20    [X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

21  [*Which federal law or right is involved?*]  Title VII The Civil Rights Act of 1964, The Americans with

22  Disabilites Act(ADA) (See 42 U.S.C. 2000e-2) (See 42 U.S.C. 12101) (See 42 U.S.C. 1981)            .

23    [ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

24  defendants <u>and</u> the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT 13

PAGE _2_ OF _13_  [*JDC TEMPLATE – Rev. 05/2017*]

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4.   Venue is appropriate in this Court because:

[X] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her

official capacity <u>and</u> I live in this district.

[X] at least one defendant is located in this District and any other defendants are

located in California.

# INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa; San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5.   Because this lawsuit arose in _____Alameda_____ County, it should be

assigned to the ___San Francisco/ Oakland___ Division of this Court.

# STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

I sustained my work-related injury to my lower back Friday, June 22,2018 on or around 10am

at the Garden of Eden located at 21227 Foothill Blvd. Hayward, Ca 94541 (place of former employment.)

At the time of the injury I was lift and twisting and carrying boxes of merchandise. I was lifting boxes on a

counter top to refill crates with products that were on a shelf on a back wall. During this I felt something

odd and immediately was greeted with excruciating pain and numbness that took over my right side

COMPLAINT
PAGE _3_ OF _8_  *[JDC TEMPLATE -- Rev. 05/2017]*

- 4 -

1    of my body causing my knees to buckle and for me to grab the counter top to keep from falling.

2    My co-worker Amandine Denoix came to my aide asking what had happened after seeing that I was having

3    trouble regaining my balance, walking and standing up. Soon after Jamina Knowles, my manager, came

4    to my aide asking what had happened. She quickly told me to leave and head to the hospital and paperwork

5    will be taken care of. This was at around 2:30pm and at this time Andrew Do, my supervisor, came in and

6    went to the office. Jamina soon left and I then approached Andrew to inform him that I was leaving early due

7    to my injury I sustained that morning and that Jamina, our morning manager, okayed me to seek medical

8    attention. Andrew Do coldly told me that I do not decide when I go home and that the store was slammed

9    and that I needed to finish my shift and I can take care of my issue after and the decision of whether I leave

10   leave or not was at his discretion not mine. So, in agonizing pain I was forced to finish my shift with a threat

11   of termination was always hanging over my head. At the end of my shift I could not make it home on my

12   own when I lived only 3 blocks away from my place of work (Garden of Eden). I could not walk, bend over,

13   stand up, sit down and I was in constant pain. Saturday morning June 23,2018 my partner, Jasmine Mori,

14   took me to San Leandro Emergency Room where before any examination doctors saw how inflamed my

15   my lower back was and told me that I should have came in at the time that it occurred. I explained to them

16   what happened and that my employer refused to allow me to seek medical attention. I was transferred to

17   Kaiser Permanente Union City where I was given a cane by physical therapist Dr. Trina Pak who assisted

18   me and then since it was a work injury, I was transferred to worker's comp upstairs. I had to report

19   Dr. Krieman to Kaiser Permanente and to the medical board per the advice of employees there that were

20   aware of the Doctor and her malpractice, negligence and discrimination for verbally accosting me, and not

21   conducting a valid examination, lying on my medical records resulting in my denial of worker's comp. Later I

22   I was informed that my employer denied my claim for worker's comp, unemployment and disability. Kaiser

23   Permanente sent me to Intensive Outpatient Treatment for the trauma endured at the hands of the doctor.

24   I was written off work and saw physical therapy treatment weekly four days out of the week during June

25   2018-August 2018. After that Kaiser just enrolled me into Intensive Outpatient Program.

26   //   (Statement of Facts continued on page 5)

27   //

28

COMPLAINT  13
PAGE  4   OF  80  *[JDC TEMPLATE – Rev. 05/2017]*

- 5 -

# CLAIMS

## First Claim

(*Name the law or right violated*:   Title VII The Civil Rights Act of 1964                                      )

(*Name the defendants who violated it*:   Garden of Eden, Andrew Do (Supervisor)                         )

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were*

*harmed.  You do not need to make legal arguments. You can refer back to your statement of facts.*]

Title VII The Civil Rights Act of 1964 stipulates that it prohibits employers from discriminating

against employees on the basis of sex, race, color, national origin and religion. It generally applies to

employers with 15 or more employees, including federal,  state and local governments. Title VII also applies

to private and public colleges and universities, employment agencies, and labor organizations.

That being said Superviosr Andrew Do and Garden of Eden violated this law by

denying Natalia Howell equal rights in the work place. Natalia Howell is a African American woman,

androgynous lesbian who stands out amongst her co-workers. She experienced discrimantion regularly.

After obtaining a work injury June 22, 2018 Natalia Howell was denied the oppurtunity to seek

immediate medical attenton by Supervisor Andrew Do.

Only after the completeion of Natalia Howell's shift was she allowed to seek immediate medical attention

she was assisted home following day to the Emergency Room Saturday June 23,2018 at San Leandro

Hospital. Natalia Howell has been harrassed, bullied, intimidated and put through mental and fininancial

abuse by manager Andrew Do.

Natalia Howell was denied time off, shift changes, advancements and raises while other employees

non-African American, andrgynous lesbians were given the oppurtunites

Natalia Howell was sent home for 3 days because of a stalker who would follow her to her place of

employment, for calling the police on her stalker while at work and for failure to obtain a RO on time.

Andrew Do, security team and managment was notified of stalker by Natalia Howell and Alameda Sheriffs.

//

COMPLAINT  13
PAGE  5  OF  8  *[JDC TEMPLATE – 05/17]*

- 6 -

1   |   Second _____ Claim

2   (*Name the law or right violated*: The Americans with Disabilites Act (ADA) _____ )

3   (*Name the defendants who violated it*: Garden of Eden, Andrew Do (Supervisor) _____ )

4   _____. The Americans with Disabilites Act (ADA) is a civil rights law that prohibits discrimination

5   against individuals with disabiites in all areas of public life, including jobs, schools, tranprtation, and all

6   public and private places that are open to the general public.

7   Natalia Howell was terminated after being written off work by physian after an MRI indicated a slipped

8   L4 disc and pinched nerves

9   MRI was taken August 15,2018 along with a doctor note writing Natalia Howell off of work

10  August 17,2018 Natalia Howell recieves severance package by certified mail and letter stating

11  Natalia Howell's termination from Garden Of Eden.

12  This is a violation of the ADA act because Natalia Howell was legally disabled at the time of

13  termination. Futhermore, Ms.Howell was forced to maintain constistent communication with Andrew Do

14  about her medical status daily from 5am-9pm. Sending in every doctors note, exam,medications ,etc

15  violating her HIPPA rights.

16  Natalia Howell was pressured and threatened to be fired daily by Andrew Do if she did not return to work

17  regardless of her injury

18  Natalia Howell has since not been able to work and is legally disabled and recieving zero income or

19  compensations for much needed medical attention for lower back injury.

20  _____.

21

22

23

24  _____.

25

26

27

28

COMPLAINT 13
PAGE 6 OF 8 *[JDC TEMPLATE - 05/17]*

**DEMAND FOR RELIEF**

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

_____ . I am seeking compensation for loss of wages and salaries per year since injury, discrimination of disability, wrongful termination while on disability and loss of wages and salaries attributed to the loss of ability to legally obtain work due to my dibilitating injury. Furthermore from my supervisor, Andrew Do, I endured bullying, gross intimidation, ostration, harassment, intentional infliction of emotional distress and mental anguish resulting in me being placed in I.O.P(Intensive Out-Patient Therapy) for PTSD, trauma, and severe depression per Kaiser Doctors diagonsis.

My demand for relief is in the amount of $8,000,000.00 USD.

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[x] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:   01/02/2020        Sign Name: _____

                          Print Name:   Natalia Howell

- 8 -

*[Copy this page and insert it where you need additional space.]*

(Statement of Facts continued)

August 15, 2018, I received my MRI I asked for through my primary doctor who wrote me completely off work after seeing that I had a disc out in my L4 and pinched nerves. I was terminated August 17,2018 with the reason being that my employer Garden of Eden gave me six weeks for recovery and found it fit to terminate my employment. I was placed on disability June 26, 2018.

Currently, I have accumulated debt in all forms. I have not been employed and I was told by the Employment Development Department that I am legally disabled and not allowed to apply for work considering my status is still disabled. I was advised to apply for Medi-Cal and SSD for assistance. I applied for SSD two times and have been denied. Will be reapplying. I had to obtain my own physical therapy which I did. My appointment is January 7th at Davies hospital in San Francisco. I am still injured. I was a super active person and now I can't leave my house with it being a struggle. I can't walk for very long or sit or stand for very long. I use a back brace and alternate with a cane depending on how bad my back gets.

COMPLAINT
PAGE _8_ OF _13_   *[JDC TEMPLATE - 05/17]*

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Natalia Howell<br>1720 Crater Peak Way<br>Antioch, CA 94531 | From: | Los Angeles District Office<br>255 E. Temple St. 4th Floor<br>Los Angeles, CA 90012 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 37A-2019-01351 | Karrie L. Maeda,<br>State & Local Coordinator | (213) 894-1100 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☒    More than 180 days have passed since the filing of this charge.

☐    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒    The EEOC is terminating its processing of this charge.

☐    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, the paragraph marked below applies to your case:

☐    The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐    The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Karrie Maeda_ (signature)

**Rosa M. Viramontes,**
**District Director**

December 9, 2019
*(Date Mailed)*

Enclosures(s)

cc:

**GARDEN OF EDEN**
**21227 Foothill Blvd.**
**Hayward, CA 94541**

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

- ➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
- ➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities"** now include the operation of **major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ➢ **Only one** major life activity need be substantially limited.
- ➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- ➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**
- ➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

- ➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
- ➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
- ➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:   Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specific pleading in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment.   Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

Natalia Howell
1720 Crater Peak Way
Antioch,Ca 94531
State case No. RCI-52710

## Garden of Eden Chronology

January 2018.        Hired at Garden of Eden
January 10 2018.   Stalker makes first appearance at my place of work

January 25,2018.    Notified Manager, Jamina, of my stalker when he entered my place of work.
Employees and security were alerted as well. Began having escorts home.Stalker appeared
outside my job everyday of the week from the beginning of my shifts to the end.

February 18, 2018. Stalker reappears at my place of work a few minutes before closing. I
notified my manager, Jamina,  again. Witness and coworker John also escorted to my door after
being chased by my stalker at 11pm. And had police called. Managers told me there was
nothing they could do,but for me to get a restraining order. I responded I didn't know how
because I didn't personally know the man and I am not originally from the bay area being that I
had just moved from LA.

March 1,2018. March 8,2018.
March 12,2018.
March 23, 2018.Spent the month going back and forth to Alemeda Court in Hayward trying to
get   information and assistance in getting a restraining order,but since I didn't have a name I
couldn't complete the restraining order paperwork. My stalker had been caught on the store
cameras ample times but managers failed to help me find out his name.  I was threatened by
Andrew Do with loss of employment if I didn't get a restraining order because "they didn't need
that at the store and when did I expect to have an order in place". I responded that i was going
to try but I didn't know where to turn. This put an immense amount emotional distress , stress
and depression on me because I was super new to the area and was getting no help in my time
of crisis  and Andrew's cold attitude was not helpful and instead added stress to my already
existing problem.

April 18th 2018.  It's a Wednesday and stalker appears and per police advice (to help get a
restraining order) I was told to call them when he appears at my place of work so they can
question him and get his information.  When he appeared I notified my managers(Jamina and
Andrew) security and Co-workers. Andrew had zero interest and simply told me there is nothing
he could do but sent me to the break room. I was overwhelmed with anxiety and stress and
emotional distress because this stalker had been stalking me for months and had changed 3
jobs already to get away from him and my managers were aware of this. For my safety and fear
of losing my job I called the police in hopes I could keep my job and elevate the threats from

4/13

Andrew Do and the stress of always walking a line I shouldn't have to walk. After calling the police the stalker ran off and Andrew was livid and threatened  my employment telling to get a restraining order or i would not be able to remain employed. I was leaving to Los Angeles for a family affair for the weekend in which Andrew was aware. While in Los Angeles Monday 23,2018 I was involved in a hit a run accident. I notified manager Andrew (I remained in communication with Andrew he made it a point to stress me daily even on my days off about a restraining order ).I had to stay an extra day while my car was taken to the auto shop.

April 25,2018. Returned to work and was sent home after 30min of clocking in. Manager Jamina asked me in the office and told me Andrew wanted to know if I got the restraining order. I responded that I just dealt with my car and I haven't been in town long enough to be able to try. I wasn't allowed time to go to court so I was stuck with just two days out of the week going to court. Jamina responded to me that I was to be sent home and not to return until I had one.


April 29, 2018. After days of communicating and being threatened of losing my employment I begged Andrew to allow me to return to work. Sunday I was allowed to return. I was given an envelope with a flyer of my rights and a check for 100 dollars (I haven't worked the whole  week because i wasn't allowed back ) I thought this was odd. So I made is a plan to go Monday and follow the flyer

April 30,2018 I went into Industrial Relations with questions and the gentleman at the desk assisted me with my forms after explaining to me there was a discrepancy. After this I was denied time off, or Andrew purposely lost my slips after showing him I took pictures and documentation I was also given harder shifts and ostracized  at work. The workplace was hostile and uncomfortable. I was able to gets restraining order finally in June 2018. Garden of Eden had since terminated my employment while on disability in retaliation to this complaint.

June 22,2018 Work injury occurred slipped disc in my lower back while moving storage containers on the job. Immediately went to emergency room following morning. I was wrongfully terminated
 August 17th 2018 via mail,I received a severance package consisting of unemployment information,a W-2,a check for 100 dollars, a chronological  letter of employment termination and doctors notes and a separate note of termination hand signed by Supervisor Andrew Do. I was terminated because they felt they gave me enough time to heal( 6weeks).

Throughout my whole employment I was subjected to so much stress and mental anguish from constantly being threatened of losing my job.



## GARDEN OF EDEN

21227 Foothill Boulevard | Hayward, CA 94541 | 510.200.9555 tel | 510.200.9557 fax | info@goe.menu

Natalia Howell
28480 Mission Blvd #209
Hayward, CA 94544

August 15, 2018

Dear Natalia,

This letter is to inform you that your employment with Garden of Eden is terminated effective August 17, 2018.  The circumstances leading to this decision are as follows:

- Garden of Eden policy outlined in our handbook allows for 6 weeks of unpaid disability leave for employees who have completed 6 months of employment.  Your hire date was January 10, 2018 making you eligible for 6 weeks of unpaid disability leave as of June 22, 2018.  You are not eligible for FMLA or CFRA because Garden of Eden does not employ 50 or more employees, and you have not met the length of service requirements for those leaves.
- June 22, 2018 was your last working day.  3 days of sick time were approved.
- June 26, 2018 you provided a work status report from Kaiser excusing you until July 6, 2018.
- July 6, 2018 you provided a work status report from Kaiser allowing you to return to work with activity modification.  The company notified you that we could meet the accommodation requests and asked you to return to work with modification on July 7, 2018, you requested to return to work on July 10, 2018 which was agreed to.  Your unpaid leave with the company ended on July 6, 2018 upon your release to work, from this date you have been on no company, state, or federal job protected leave.
- July 9, 2018 you asked for an extension on your planned return to work, the new agreed upon date was July 14, 2018.
- July 10, 2018 the company sent you a certified letter reminding you that we had received three work status reports from Kaiser, and the most recent report had released you to work with activity modification and that the company had agreed to those modifications as part of a reasonable accommodation effort.
- July 13, 2018 you notified the company that you would not return to work as planned on July 14, 2018.  You made no effort to confirm a return to work date.
- July 19, 2019 the company received another work status report from Kaiser reiterating that you are released to work with modification from July 19 – August 1, 2018.
- July 30, 2018 and August 3, 2018 the company sent certified letters explaining that you had exhausted all paid time off benefits and that you needed to contact the company within five business days to substantiate why you were unable to return to work, despite being released to work by Kaiser and the company agreeing to activity modification.
- August 15, 2018 the company received a work status report from Kaiser excusing you from August 1 – August 31, 2018.

I RECIEVED A MIRLA COUPLE
DAYS PRIOR.

13/13                                      12-3