1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  NATALIA HOWELL,                          Case No. 20-cv-00123-JSC
8                Plaintiff,
                                            **SCREENING ORDER**
9        v.
10 GARDEN OF EDEN, et al.,
11               Defendants.
12
13        Natalia Howell brings this employment discrimination action against her former employer
14 Garden of Eden, and two individuals: Soufyan Abouahmed and Shareef Radwan El-Sissi. (Dkt.
15 No. 1.) Having granted Ms. Howell's application to proceed in forma pauperis, (*see* Dkt. No. 4),
16 the Court now screens the complaint pursuant to 28 U.S.C. § 1915.
17                        **COMPLAINT ALLEGATIONS**
18        Plaintiff alleges that she was injured while moving boxes at her workplace, Garden of
19 Eden, 21227 Foothill Blvd. Hayward, California. (Dkt. No. 1 at 3.) Although she was in
20 excruciating pain, her supervisor, Andrew Do, refused to let her leave work to seek medical
21 attention. (*Id*. at 4.) When she went to obtain medical assistance the next day, they noted that her
22 back was inflamed and that she should have come in right away. (*Id*.) She was given a cane and
23 referred to physical therapy. (*Id*.) She was later told that her employer denied her claim for
24 workers compensation, unemployment, and disability. (*Id*.)
25        Ms. Howell pleads two claims for relief: (1) a violation of Title VII of the Civil Rights Act,
26 and (2) a violation of the Americans with Disabilities Act ("ADA"). Both claims list Garden of
27 Eden and Andrew Do as the Defendants. With respect to her Title VII claim, Plaintiff alleges that
28 she "was denied time off, shift changes, advancements and raises while other employees non-

1  African-American, androgynous lesbians were given the opportunities." (*Id*. at p. 5.)  For her

2  ADA claim, Plaintiff contends that she was terminated while out on disability.

3  **LEGAL STANDARD**

4  The Court has a continuing duty to dismiss any case in which a party is proceeding in

5  forma pauperis upon a determination that the case is: (1) frivolous or malicious; (2) fails to state a

6  claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is

7  immune from such relief.  *See* 28 U.S.C. § 1915(e)(2).  The standard of review under 28 U.S.C. §

8  1915(e)(2) mirrors that of Rule 12(b)(6).  *Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000).

9  Thus, the complaint must allege "enough facts to state a claim to relief that is plausible on its

10  face."  *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  A facial plausibility standard is not

11  a "probability requirement" but mandates "more than a sheer possibility that a defendant has acted

12  unlawfully."  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citations

13  omitted).  To avoid dismissal, a complaint must contain more than "naked assertion[s]," "labels

14  and conclusions" or "a formulaic recitation of the elements of a cause of action."  *Twombly*, 550

15  U.S. at 555-57.  "A claim has facial plausibility when the plaintiff pleads factual content that

16  allows the court to draw the reasonable inference that the defendant is liable for the misconduct

17  alleged."  *Iqbal*, 556 U.S. at 678.When a plaintiff files a complaint without being represented by a

18  lawyer, the court must "construe the pleadings liberally . . . to afford the petitioner the benefit of

19  any doubt."  *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (internal quotation marks and

20  citation omitted).

21  **DISCUSSION**

22  Although Plaintiff lists Garden of Eden, Soufyan Abouahmed, and Shareef Radwan El-

23  Sissi as defendants on page 2 of her Complaint, she does not include any allegations or other

24  references to Soufyan Abouahmed, and Shareef Radwan El-Sissi in her Complaint.  Rather, her

25  two claims list Garden of Eden and Andrew Do as defendants.  (Dkt. No. 1 at 5-6.)  The

26  complaint thus fails to state a claim for either a violation of Title VII or the ADA as to Soufyan

27  Abouahmed, and Shareef Radwan El-Sissi.

28

2

**CONCLUSION**

For the reasons set forth above, Ms. Howell's complaint fails to state a claim for relief against either Soufyan Abouahmed, or Shareef Radwan El-Sissi.  Within 30 days, Ms. Howell shall file an amended complaint with additional allegations as to these defendants or omitting these defendants from her claims.  In addition, if she wishes to name Andrew Do as a defendant, she should clarify this in her amended complaint.  Because Ms. Howell is proceeding without an attorney, the Court encourages her to seek free assistance from the Northern District's Legal Help Center, in San Francisco at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102, or in Oakland at: 1301 Clay Street 4th Floor, Room 470S Oakland, CA 94612.  Ms. Howell can make an appointment by calling (415) 792-8982.

**IT IS SO ORDERED.**

Dated: March 9, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   NATALIA HOWELL,                         Case No.  20-cv-00123-JSC
               Plaintiff,
8
         v.                                 **CERTIFICATE OF SERVICE**
9
10  GARDEN OF EDEN, et al.,
               Defendants.
11
12
         I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13
    District Court, Northern District of California.
14
         That on March 9, 2020, I SERVED a true and correct copy(ies) of the attached, by placing
15
    said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
16
    depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
17
    receptacle located in the Clerk's office.
18
19  Natalia  Howell
    1720 Crater Peak Way
20  Antioch, CA 94531
21
22
    Dated: March 9, 2020
23
24                                          Susan Y. Soong
                                            Clerk, United States District Court
25
26
27  By:
28  Ada Means, Deputy Clerk to the
    Honorable JACQUELINE SCOTT CORLEY
                                            4